AO 91 (Rev. 08/09)   Criminal Complaint

United States District Court
Southern District of Texas
~~FILED~~

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

SEP - 6 2016

David J. Bradley, Clerk

| | |
|---|---|
| United States of America<br>v.<br>Richard ORDONEZ Jr. *leo*<br>YOB: 1977 Citizenship: USC *r* | ) ) ) ) ) ) ) )<br>Case No. M-16-1656-M |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  September 5, 2016  in the county of  Hidalgo  in the  Southern  District of  Texas  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841 | Possession with Intent to Distribute Cocaine |
| 21 U.S.C. § 952 | Illegal Importation of Cocaine |

This criminal complaint is based on these facts:
On September 5, 2016, Richard ORDONEZ was detained attempting to enter the United States through the Hidalgo, Texas Port of Entry with approximately 6.02 kilograms of cocaine concealed inside the intake manifold area of the vehicle he was driving.

SEE ATTACHMENT "A"

✓ Continued on the attached sheet.

approved by
AUSA *[signature]*

*[signature]*
*Complainant's signature*

Christina Flores, HSI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 9/6/2016   9:08 am

*[signature]*
*Judge's signature*

City and state:  McAllen, Texas

U.S. Magistrate Judge
*Printed name and title*

## Attachment "A"

On September 5, 2016, a gray Ford Explorer driven by Richard ORDONEZ made entry at the Hidalgo, Texas Port of Entry (POE) thru the primary inspection station. ORDONEZ vehicle was selected for post primary inspection by Customs and Border Protection Officer (CBPO) A. Gonzalez. During secondary inspection, CBPO J. Gaytan and CBPO P, Ventura noticed anomalies in the intake manifold area of the vehicle. CPBO Gaytan requested assistance of CBPO E. Ponce and Narcotics Detection Dog (NDD)"Moni". NDD "Moni" alerted to the driver's side quarter panel area of the vehicle. The vehicle was referred for a more intensive inspection with a gamma ray machine where anomalies were discovered in the intake manifold area of the vehicle. Further physical inspection of the vehicle revealed a total of ten (10) packages concealed in the intake manifold area of the Ford Explorer. The 10 packages field tested positive for properties of cocaine. The total weight of the cocaine found was approximately 6.02 kilograms.

Homeland Security Investigations (HSI) Special Agents (SA) were advised of the situation. HSI SA's responded to the Hidalgo, Texas Port of Entry to interview ORDONEZ. HSI SA's read ORDONEZ his Miranda rights as witnessed by CBPO P Ventura. ORDONEZ waive his rights in writing and elected to speak to the agents. ORDONEZ stated he was hired by an unknown individual to transport cocaine from Reynosa, Mexico to Victoria, Texas approximately five (5) years ago. ORDONEZ stated he transported cocaine twice a week from Reynosa, Mexico to Victoria, Texas. On this particular trip, he was to pick up the cocaine at a location in Reynosa, Mexico and travel to Victoria, Texas. Once he arrived in Victoria, he was going to receive a phone call instructing him where to take the vehicle so the cocaine could be removed. ORDONEZ stated he was usually instructed to take the vehicle to a public parking lot and the

vehicle would be picked up and taken to an unknown location so the cocaine could be unloaded. Once the illegal narcotics were removed the vehicle, it would be returned to ORDONEZ. ORDONEZ informed the agents he would be paid for the transportation of the cocaine but would not say how much.