United States District Court
Southern District of Texas
**ENTERED**
September 06, 2016
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| United States of America | § | |
| | § | |
| *versus* | § | Case No. 7:16–mj–01656 |
| | § | |
| Richard Ordonez | § | |

**ORDER OF TEMPORARY DETENTION**
**PENDING HEARING PURSUANT TO BAIL REFORM ACT**

Upon motion of the GOVERNMENT, it is ORDERED that a detention hearing is set for September 9, 2016 at 9:00 AM before United States Magistrate Judge Peter E Ormsby at 1701 W. Bus. Hwy. 83, McAllen, Texas 78501. Pending this hearing, the defendant shall be held in custody by the United States Marshal and produced for this hearing.

_____
Peter E. Ormsby
United States Magistrate Judge

Date of order: **September 6, 2016**